UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

| | |
|---|---|
| MATTHEW LUXTON, KRISTI FASNACHT, AND JENNIFER NEMITZ, PLAINTIFFS, | ) |
| V. | ) |
| STATE FARM LIFE INSURANCE CO., DEFENDANT AND THIRD-PARTY PLAINTIFF | ) Civil Case No. 00-2246 DSD/SRN |
| V. | ) |
| INTERNAL REVENUE SERVICE, THIRD PARTY DEFENDANT | ) |

**STIPULATION FOR AGREED ORDER SUBSTITUTING THE UNITED STATES OF AMERICA FOR THE INTERNAL REVENUE SERVICE AS THIRD-PARTY DEFENDANT**

The parties hereby agree that the United States of America will be substituted as third-party defendant in the place of the Internal Revenue Service in this interpleader action.

CARL J. TIERNEY
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 7238
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 514-6499

*Attorney for Third-Party Defendant Internal Revenue Service*

ORIGINAL

FILED JAN 0 2 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD__________
DEPUTY CLERK__________

Leatha G. Wolter
Shawn Harris
Meagher & Geer, LLP
4200 Multifood Tower
33 South Sixth Street
Minneapolis, MN 55402
Tel. (612) 347-9114

*Atttorneys for Defendant / Third-Party Plaintiff State Farm Life Insurance Co.*

Mary Cullen Yeager
Deborah J. Mackay
Faegre & Benson
2200 Norwest Center
90 South Seventh Street
Minneapolis, MN 55402
Tel. (612) 336-3391

*Attorneys for Plaintiffs Matthew Luxton, Kristi Fasnacht, and Jennifer Nemitz*

**AGREED ORDER**

Upon agreement of the parties, the United States of America is substituted as third-party defendant in the place of the Internal Revenue Service in this interpleader action.

IT IS HEREBY ORDERED

Dated: Jan. 2, 2001

SUSAN RICHARD NELSON
United States Magistrate Judge