UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

---

Matthew Luxton, Kristi Fasnacht, and Jennifer Nemitz,

Plaintiffs,

Case No. 00-2246 DSD/SRN

vs.

**ORDER GRANTING PETITION TO DEPOSIT FUNDS IN COURT**

State Farm Life Insurance Company,

Defendant and Third-Party Plaintiff,

vs.

United States of America,

Third-Party Defendant.

---

Upon reviewing the Petition to Deposit submitted by Defendant State Farm Life Insurance Company, the court hereby grants the Petition and Orders that the proceeds from the following insurance policies -- Policy No. LF-0631-8458 in the amount of $81,283.54; Policy No. LF-0659-1700 in the amount of $70,405.90; and Policy No. LF-1072-3100 in the amount of $168,658.27 -- be deposited in court into an interest-bearing account pursuant to Federal Rule of Civil Procedure 67.

**IT IS SO ORDERED.**

Dated: 5/18/01

The Honorable David S. Doty
United States District Court Judge

FILED 5-21-01
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______