UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-2246(DSD/SRN)

Matthew Luxton, Kristi Fasnacht, and Jennifer Nemitz,

Plaintiffs,

v.

State Farm Life Insurance Company,

Defendant and Third-Party Plaintiff,

v.

United States of America,

Third-Party Defendant.

**AMENDED ORDER DISMISSING DEFENDANT STATE FARM LIFE INSURANCE COMPANY**

**THE COURT**, upon reviewing the stipulation agreed to and signed by the parties of the above-entitled case, approves the stipulation and immediately enters an order that:

1. State Farm Life Insurance Company is discharged from all further liability under Life Insurance Policy Nos. LF-0631-8458, LF-0659-1700 and LF-1072-3100.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: May 22, 2001

David S. Doty, Judge
United States District Court

FILED
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. 5-22-01
Deputy Clerk's Initials