UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MATTHEW LUXTON, KRISTI FASNACHT, AND JENNIFER NEMITZ,

PLAINTIFFS,

V.

STATE FARM LIFE INSURANCE CO.,

DEFENDANT AND THIRD-PARTY PLAINTIFF,

V.

UNITED STATES OF AMERICA,

THIRD-PARTY DEFENDANT.

Civil No. 00-2246 DSD/SRN

**PETITION FOR ADMISSION PRO HAC VICE FOR U.S. GOVERNMENT ATTORNEY**

**Affidavit of Proposed Admittee**

I,, am currently a member in good standing of the bars of the State of Oklahoma and the District of Columbia. I have also been admitted to practice before the United States District Court for the Northern District of Oklahoma, but am not admitted to the bar of this court. I will be representing the United States of America in the following listed action:

Case Number: 00-2246 Judge Assigned: David S. Doty / Susan Richard Nelson

Title: **Luxton v. State Farm v. United States**

September 17, 2001

JEFFREY S. SWYERS
Trial Attorney
Department of Justice, Tax Division
Civil Trial Section, Central Region
P.O. Box 7238, Ben Franklin Station
Washington, D.C. 20044
(202) 514-6507

FILED OCT 1 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK JEM

(81)

**Affidavit/Certification**

I hereby certify that the affiant listed herein is employed as a Trial Attorney with the United States Department of Justice, Tax Division.

September 17, 2001

Robert S. Watkins
ROBERT S. WATKINS
Chief, Central Region
Department of Justice, Tax Division
Civil Trial Section

Motion granted: Richard D. Sletten OCT 01 2001

FOR THE COURT: ~~Francis E. Dosal~~, Clerk Date
RICHARD D. SLETTEN

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that service of the foregoing **PETITION FOR ADMISSION PRO HAC VICE** has been made upon the following by sending copies by First Class U.S. Mail this 17th day of September, 2001.

Mary Cullen Yeager
Deborah J. Mackay
2200 Wells Fargo Tower
90 South Seventh Street
Minneapolis, MN 55402

JEFFERY S. SWYERS
Trial Attorney, Tax Division
U.S. Department of Justice