# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Matthew Luxton, Kristi Fasnacht and Jennifer Nemitz,

Case No. Civil 00-2246 DSD/SRN

v.

**JUDGMENT IN A CIVIL CASE**

State Farm Life Insurance Company, (deft & 3rd pty pltf)
v.
United States of America (3rd pty deft)

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT:

Judgment is hereby entered in favor of the defendant in the total amount of the interpleaded funds plus all accrued interest.

DATE: January 15, 2002

RICHARD D. SLETTEN, CLERK

Julie Rustad

Julie Rustad, Deputy Clerk

(113)