UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| MATTHEW LUXTON, KRISTI FASNACHT, AND JENNIFER NEMITZ, | ) | |
| PLAINTIFFS, | ) | |
| V. | ) | |
| STATE FARM LIFE INSURANCE CO., | ) | Civil No. 00-2246 DSD/SRN |
| DEFENDANT AND THIRD-PARTY PLAINTIFF, | ) | |
| V. | ) | |
| UNITED STATES OF AMERICA, | ) | |
| THIRD-PARTY DEFENDANT. | ) | |

**ORDER**

Upon consideration of the United States' Motion For Restoration Of Registry Fee and For Order For Disbursement of Funds, and the judgment entered in this case, it is hereby

**ORDERED** that the United States' Motion For Restoration Of Registry Fee and For Order For Disbursement of Funds is, **GRANTED,** and it is further

**ORDERED** that the Clerk shall restore to the United States any administrative fee deducted from the interest earned on the principal sum of $320,347.71 initially deposited into the registry of this Court in this matter, and that the principal sum of $320,347.71 plus one hundred percent of the interest earned on that principle sum be disbursed by certified or cashier's check made payable

MAY 3 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

to the United States Treasury and mailed to:

Jeffrey S. Swyers
U.S. Department of Justice
P.O. Box 7238
Ben Franklin Station
Washington, D.C. 20044

**SO ORDERED** this 2nd day of May, 2002.

BY THE COURT:

**DAVID S. DOTY**
**UNITED STATES DISTRICT JUDGE**